

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00145-CV

| | | |
|---|---|---|
| Senior Living Properties, LLC d/b/a Hamilton Healthcare Center | § | From the 67th District Court |
| v. | § | of Tarrant County (067-269110-13) |
| S.K.G., Individually, as Representative of The Estate of S.D.G., Deceased, and as Next Friend for A.D.G. and A.D.G., Minor Children, C.G., L.G., and Alisa Prueitt | § | December 17, 2015 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the parties' joint motions to vacate the February 11, 2015 final judgment of the trial court and the September 10, 2015 "Order Determining Net Worth of Senior Living Properties, LLC." It is ordered that the trial court's final judgment and its net-worth order are vacated and the case is remanded to the trial court for disposition in accordance with the parties' agreement.

It is further ordered that appellant Senior Living Properties, LLC d/b/a Hamilton Healthcare Center shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM